# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 09-261 |
| DEE LYNN ANDREWS : | |
| : | |

## ORDER

**AND NOW**, this __8th__ day of __September, 2011, it is **ORDERED** that the Government's Motion *In Limine* to Exclude Defense Psychological Evidence Under Rule 403 and 18 U.S.C. § 17 (Doc. #49) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: